IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>                              Plaintiff,<br>  v.<br><br>**BEN E. KEITH COMPANY,**<br><br>                              Defendant. | Case No. 6:14-cv-189<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff Logitraq, LLC ("Logitraq"), with the agreement of Defendant Ben E. Keith Company ("Ben E. Keith"), hereby files this Agreed Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the parties have been settled, and the terms of the written settlement agreement are in the process of being finalized. The parties wish to conclude settlement without burdening the Court with any additional filings and without incurring unnecessary expense. Therefore, Logitraq requests a stay of 30 days to allow sufficient time for execution of the agreement and the case to be subsequently dismissed.

Accordingly, Logitraq respectfully requests that the Court stay all proceedings in this case, including all pending deadlines, until Monday, December 15, 2014.

Logitraq submits that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, Logitraq respectfully requests that the Court enter the proposed order submitted with this agreed motion as set forth above, and grant the parties such other and further relief to which they are entitled.

Dated: November 14, 2014          Respectfully submitted,

         */s/ Craig Tadlock*
         Craig Tadlock
         State Bar No. 00791766
         John J. Harvey, Jr.
         State Bar No. 09179770
         Keith Smiley
         State Bar No. 24067869
         TADLOCK LAW FIRM PLLC
         2701 Dallas Parkway, Suite 360
         Plano, Texas 75093
         903-730-6789
         craig@tadlocklawfirm.com
         john@tadlocklawfirm.com
         keith@tadlocklawfirm.com

         ***Attorneys for Plaintiff Logitraq, LLC***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 14, 2014, I conferred with counsel for Defendant Ben E. Keith, and the parties agree to the form and substance of this motion.

         /s/ *Craig Tadlock*
         Craig Tadlock

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, in accordance with Local Rule CV-5(a)(3), on this the 14th day of November, 2014.

         /s/ *Craig Tadlock*
         Craig Tadlock