IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>           Plaintiff,<br>v.<br><br>**BEN E. KEITH COMPANY,**<br><br>           Defendant. | Case No. 6:14-cv-189<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Logitraq, LLC ("Logitraq"), and agreed to by Defendant Ben E. Keith Company ("Ben E. Keith"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by Logitraq against Ben E. Keith are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**So ORDERED and SIGNED this 15th day of December, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE